American Roof Truss Company, Appellee, v. Albert C.
Golk et al., Defendants.
Appeal of Albert C. Golk and Laura Golk, Appellants.

Gen. No. 44,591.

opinion filed February 9, 1949; rehearing opinion filed May 18, 1949; released for publication June 17, 1949. Paul G. Sullins, for appellants; Louis Jaffe and Seyfarth & Atwood, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.